# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 07-7273 |
| Ngoclien T. Pham, | ) | Hon. John H. Squires |
| | ) | |
| | ) | **Date:** Tuesday, May 11, 2010 |
| Debtor. | ) | **Time:** 10:00 a.m. |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bank. P. 2002(a)(6) and 2002(f)(8), please take notice that Barry A. Chatz, trustee of the above-styled estate, has filed a Final Report and the Trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 South Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee application and any objection to the Final Report will be held at **10:00 a.m.** on **Tuesday, May 11, 2010** in **Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604**.

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: April 5, 2010                               /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 1                  Date Rcvd: Apr 06, 2010
Case: 07-07273                 Form ID: pdf006             Total Noticed: 16

The following entities were noticed by first class mail on Apr 08, 2010.
db           +Ngoclien T Pham,    6417 N. Bell Avenue,    Apartment 1,    Chicago, IL 60645-5485
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
aty          +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
aty          +Monica C O'Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
               Chicago, IL 60604-3536
aty           Ninh X. Ma,    Ninh Ma, Ltd.,    5041-5043 N. Broadway,    2nd Floor,    Chicago, IL  60640
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
11320368      AMC Mortgage Services,    PO Box 11000,    Santa Ana, CA  92711-1000
11320369     +Bank of America,    PO Box 1598,    Norfolk, VA 23501-1598
11369269     +Bank of America NA USA,    Attn: Mr BK,    1000 Samoset Dr,    DES-023-03-03,
               Newark, DE 19713-6000
14349571      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
11320370     +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11721784      Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11320372    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     PO Box 630778,    Cincinnati, OH  45263-0778)
11320373    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     PO Box 5855,
               Carol Stream, IL  60197-5855)
The following entities were noticed by electronic transmission on Apr 06, 2010.
11320371      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 07 2010 00:37:31     Discover Card,    PO Box 15192,
               Wilmington , DE  19850-5192
11695130      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 07 2010 00:37:31
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2010**        **Signature:** *Joseph Speetjens*