UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PHAM, NGOCLIEN T. § Case No. 07-07273
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter  on  .  The case was pending for  months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BARRY A. CHATZ_____
                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| GREGORY K. STERN | | | | | |
| GREGORY K. STERN | | | | | |
| GREGORY K. STERN | | | | | |
| GREGORY K. STERN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA NA USA | | | | | |
| BANK OF AMERICA NA USA | | | | | |
| BANK OF AMERICA NA USA | | | | | |
| CHASE BANK USA, NA | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 07-07273    SHJ    Judge: JOHN H. SQUIRES | Trustee Name: BARRY A. CHATZ |
| Case Name: PHAM, NGOCLIEN T. | Date Filed (f) or Converted (c): 04/23/07 (f) |
| | 341(a) Meeting Date: 05/24/07 |
| For Period Ending: 08/13/10 | Claims Bar Date: 01/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY    6417 N. Bell Ave., Chicago, IL | 660,000.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNTS    New Asia bank account | 197.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS    Furniture, table, chairs, couch | 700.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS    tv and radio | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. AUTOMOBILES    1997 Lexis LS 450 | 10,000.00 | 3,000.00 | DA | 0.00 | FA |
| 7. AUTOMOBILES    2006 Nissan Maxima | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 8. PREFERENCE SETTLEMENT (u)    Potential Avoidable Transfer Causes of Action | 0.00 | 15,000.00 | DA | 15,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 4.29 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $693,097.00    $18,000.00    $15,004.29    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Fraudulent Transfer matter settled; all assets fully administered.

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

Ver: 15.10d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-07273   SHJ   Judge: JOHN H. SQUIRES | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PHAM, NGOCLIEN T. | Date Filed (f) or Converted (c): | 04/23/07 (f) |
| | | 341(a) Meeting Date: | 05/24/07 |
| | | Claims Bar Date: | 01/15/08 |

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-07273 -SHJ | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | PHAM, NGOCLIEN T. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9793 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1872 | | |
| For Period Ending: | 08/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/08 | 8 | Ngoclien T. Pham<br>6417 North Bell Avenue<br>Chicago, IL | PREFERENCE/FRAUDULENT TRANSFER | 1241-000 | 5,000.00 | | 5,000.00 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 5,000.39 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.49 | | 5,000.88 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.40 | | 5,001.28 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 5,001.54 |
| 01/20/09 | | Transfer to Acct #*******9832 | Bank Funds Transfer | 9999-000 | | 4,137.86 | 863.68 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 863.71 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 863.72 |
| 03/31/09 | 8 | Hong Yen Vi | PREFERENCE/FRAUDULENT TRANSFER | 1241-000 | 7,000.00 | | 7,863.72 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 7,863.73 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 7,863.89 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,864.09 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,864.29 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,864.49 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,864.69 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,864.88 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,865.07 |
| 11/05/09 | 8 | HONG VI | PREFERENCE/FRAUDULENT TRANSFER | 1241-000 | 3,000.00 | | 10,865.07 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,865.32 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,865.60 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,865.87 |
| 02/12/10 | 000301 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 10.63 | 10,855.24 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,855.49 |

Page Subtotals  15,003.98  4,148.49

Ver: 15.10d

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-07273 -SHJ |
| Case Name: | PHAM, NGOCLIEN T. |
| Taxpayer ID No: | *******1872 |
| For Period Ending: | 08/13/10 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9793  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 10,855.77 |
| 04/05/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 10,855.80 |
| 04/05/10 | | Transfer to Acct #*******9832 | Final Posting Transfer | 9999-000 | | 10,855.80 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 15,004.29 | 15,004.29 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 14,993.66 | |
| Subtotal | | 15,004.29 | 10.63 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 15,004.29 | 10.63 | |

Page Subtotals      0.31      10,855.80

Ver: 15.10d

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-07273 -SHJ | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | PHAM, NGOCLIEN T. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9832  BofA - Checking Account |
| Taxpayer ID No: | *******1872 | | |
| For Period Ending: | 08/13/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/09 | | Transfer from Acct #*******9793 | Bank Funds Transfer | 9999-000 | 4,137.86 | | 4,137.86 |
| 01/20/09 | 003001 | Gregory K. Stern | ATTORNEY FOR TRUSTEE | | | 4,137.86 | 0.00 |
| | | 53 West Jackson Boulevard | Per 1/13/09 Court Order | | | | |
| | | Suite 1442 | $4,132.50 (fees) and $5.36 (expenses) | | | | |
| | | Chicago, IL 60604 | | | | | |
| | | | Fees          4,132.50 | 3210-600 | | | 0.00 |
| | | | Expenses         5.36 | 3220-610 | | | 0.00 |
| 04/05/10 | | Transfer from Acct #*******9793 | Transfer In From MMA Account | 9999-000 | 10,855.80 | | 10,855.80 |
| 05/14/10 | 003002 | BARRY A. CHATZ | Chapter 7 Expenses | 2200-000 | | 24.80 | 10,831.00 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 05/14/10 | 003003 | BARRY A. CHATZ | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.43 | 8,580.57 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 05/14/10 | 003004 | Bank of America NA USA | Claim 000001, Payment 47.36162% | 7100-000 | | 688.69 | 7,891.88 |
| | | Attn: Mr BK | | | | | |
| | | 1000 Samoset Dr | | | | | |
| | | DES-023-03-03 | | | | | |
| | | Newark, DE 19713 | | | | | |
| 05/14/10 | 003005 | Bank of America NA USA | Claim 000002, Payment 47.36056% | 7100-000 | | 278.93 | 7,612.95 |
| | | Attn: Mr BK | | | | | |
| | | 1000 Samoset Dr | | | | | |
| | | DES-023-03-03 | | | | | |
| | | Newark, DE 19713 | | | | | |
| 05/14/10 | 003006 | Bank of America NA USA | Claim 000003, Payment 47.36174% | 7100-000 | | 388.30 | 7,224.65 |
| | | Attn: Mr BK | | | | | |
| | | 1000 Samoset Dr | | | | | |

Page Subtotals         14,993.66         7,769.01

Ver: 15.10d

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-07273 -SHJ | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | PHAM, NGOCLIEN T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9832 BofA - Checking Account |
| Taxpayer ID No: | *******1872 | | | |
| For Period Ending: | 08/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/14/10 | 003007 | DES-023-03-03<br>Newark, DE 19713<br>Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000004, Payment 47.36126% | 7100-000 | | 661.49 | 6,563.16 |
| 05/14/10 | 003008 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000005, Payment 47.36130% | 7100-000 | | 4,679.95 | 1,883.21 |
| 05/14/10 | 003009 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 47.36122% | 7100-000 | | 1,883.21 | 0.00 |

```
                                    COLUMN TOTALS                      14,993.66        14,993.66          0.00
                                    Less:  Bank Transfers/CD's         14,993.66             0.00
                                  Subtotal                                  0.00        14,993.66
                                    Less:  Payments to Debtors                               0.00
                                  Net                                       0.00        14,993.66
```

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | |
| Money Market Account (Interest Earn - ********9793 | | 15,004.29 | 10.63 | 0.00 |
| BofA - Checking Account - ********9832 | | 0.00 | 14,993.66 | 0.00 |
| | | 15,004.29 | 15,004.29 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   7,224.65

Ver: 15.10d

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*